Order Issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01141-CR

### JIMMY SOL BOOKER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 16390**

# ORDER

Appellant Jimmy Sol Booker filed this appeal of the trial court's August 9, 2011 order denying his motions for DNA testing and appointment of counsel. The Clerk's Record filed in this Court did not contain copies of the motions for DNA testing and appointment of counsel filed by appellant in the trial court. By Order on August 31, 2012, this Court abated this appeal and directed the trial court to determine whether the items requested by appellant to be included in a supplemental clerk's record have been lost or destroyed, and, if so, whether the parties can agree that accurate copies of the missing items exist. *See* TEX. R. APP. P. 34.5(e). If the parties could agree on the accuracy of copies of the missing items, then the trial court was to direct the district clerk to include these documents in a supplemental clerk's record and file it with the Clerk of this Court. *See* TEX.

R. APP. P. 4.5(e), 34(e).

The trial court signed an order on September 19, 2012, which states the trial court has reviewed the xerox copy of the papers tendered to the district clerk by appellant's sister on September 11, 2012, and found this is an accurate copy of the original papers filed with the trial court, "but for a few hand-written marks on the copy." In that order, the trial court directed the clerk of the court to supplement the clerk's record to include the papers tendered to the trial court on September 11, 2012, and the trial court's September 19, 2012 order. Further, on October 5, 2012, appellant forwarded correspondence to this Court in which he stated those records tendered to the district clerk by his sister "are one and the same" documents that were filed with the district clerk on March 24, 2011. Correspondence dated October 3, 2012 to this Court from the court reporter confirmed no hearing was conducted concerning this Court's August 31, 2012 order.

On October 9, 2012, a supplemental clerk's record was filed with this Court. The supplemental clerk's record contains copies of the motions for DNA testing and appointment of counsel filed by appellant in the trial court on March 24, 2011, and the trial court's September 19, 2012 order.

Accordingly, this appeal is **REINSTATED**.

JIM MOSELEY
PRESIDING JUSTICE